# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:  7:19-CR-00056-001 |
| Justin Jerrod Adkinson | ) |
| | ) USM No:  01605-120 |
| Date of Original Judgment: 12/13/2021 | ) |
| Date of Previous Amended Judgment: N/A | ) Timothy Saviello |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     36     months **is reduced to**     Time Served    .

Adkinson was originally sentenced to 36 months custody on November 18, 2021, for the offense of Possession of Cocaine. The advisory sentencing range was determined by the Court to be 18-24 months, based on a total offense level 8 and a criminal history category VI. Adkinson's subtotal criminal history score was 11 and he received two additional points for being under a criminal justice sentence when he committed the instant offense. Based on Amendment 821 to the *United States Sentencing Guidelines*, the Court could reduce the number of criminal history points to 12. This is based on the 11 criminal history points assigned plus one point for having more than seven criminal history points and being under a criminal justice sentence when he committed the instant offense. This would result in a total criminal history score of 12, which yields a criminal history category V. A total offense level 8 with a criminal history category V yields an advisory sentencing range of 15-21 months, prior to the variance previously imposed. The Court grants a reduction to a sentence of Time Served, effective February 1, 2024. This should result in Adkinson being released from the halfway house one day early. The U.S. Attorney's Office agrees with the assessment and the reduction of sentence in this case.

Except as otherwise provided, all provisions of the judgment dated    12/13/2021    shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:     01/11/2024 | s/Hugh Lawson |
| | *Judge's signature* |
| Effective Date:     02/01/2024 | Hugh Lawson, Senior U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |